1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone: (916) 554-2775
5  Facsimile:  (916) 554-2900
   Email: Bobbie.Montoya@usdoj.gov
6

7  Attorneys for Petitioner United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Petitioner,<br><br>        v.<br><br>MICHAEL A. KELLY,<br><br>                  Respondent. | 1:17-CV-01022-WBS-DB<br><br>**ORDER TO DISMISS AND CLOSE CASE** |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), June 29, 2107, the Court DIMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

      Dated:  June 30, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE